

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00026-CV

Rose Marie **WEAVER**,
Appellant

v.

John G. **PREDDY**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2016-05-31156-CV
Honorable Camile Glasscock Dubose, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that appellee John G. Preddy recover his costs of this appeal from appellant Rosie Marie Weaver.

SIGNED December 5, 2018.

_____
Marialyn Barnard, Justice